EX PARTE GUNTER, IN RE STATE EX
REL. ATTORNEY GENERAL v. GUNTER.

(Decided May 30, 1915. Rehearing denied June 30, 1915.)

CERTIORARI to Court of Appeals.

HILL, HILL, WHITING & STERN, and R. T. RIVES, for petitioner. W. L. MARTIN, Attorney General, and T. H. SEAY, Assistant Attorney General.

Per Curiam. Writ denied on the authority of *In re Gunter, State ex rel. Attorney General v. Gunter, Infra,* 69 South. 442.

---

EX PARTE JONES v. B'HAM RY. L. & P. CO.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

HARSH, BEDDOW & FITTS, for petitioner. TILLMAN, BRADLEY & MORROW, contra.

SAYRE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Jones v. Birmingham Ry. L. & P. Co.,* 12 Ala. App. 474, 67 South. 801.

All the Justices concur.

---

EX PARTE KIMBALL.

(Decided October 26, 1915.)

Original petition in Supreme Court for Manadmus.

FREDERICK G. BROMBERG, for petitioner. No counsel marked contra.

Per Curiam. Mandamus denied.

---

EX PARTE KIMBALL.

(Decided October 14, 1915.)

Original petition in Supreme Court for writ of prohibition.